```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____09/16/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Eleanor Hope Wolper,**

                              **Plaintiff,**

            **-against-**

**Commissioner of Social Security,**

                              **Defendant.**

**1:21-cv-03582 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff filed a motion for attorneys' fees on September 1, 2022. (*See* ECF No. 26.) Accordingly, the Commissioner's response was due September 15, 2022; however, no response has yet been filed. No later than September 23, 2022, the Commissioner shall file a response to Plaintiff's motion for attorneys' fees, otherwise the Court will consider Plaintiff's motion as unopposed.

**SO ORDERED.**

Dated:      New York, New York
            September 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge